# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAWN MARIE KORTER, as an individual and as Personal Representative for the ESTATE OF SAID JOQUIN and DEATURA EVERLYN-JEAN JOQUIN;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAKEWOOD, a political subdivision of the State of Washington d/b/a Lakewood Police Department, MICHAEL WILEY, an individual; and MICHAEL ZARO, an individual,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL**<br><br>**[FROM PIERCE COUNTY SUPERIOR COURT CAUSE NO. 21-2-06510-6]** |

COMES NOW Defendants by and through their undersigned attorney of record, and hereby request that this matter be removed to Federal District Court.

**A.   BASIS FOR REMOVAL**

The basis for removal to Federal District Court is 28 U.S.C. § 1441(a), pursuant to procedures set forth at 28 U.S.C. § 1446.

This matter is subject to removal because plaintiffs alleged, in their First Amended Complaint *inter alia,* that the defendants violated plaintiffs' rights secured by the Constitution and/or laws of the United States. Specifically, plaintiffs' First Amended Complaint alleges violations of plaintiff's civil rights,

**NOTICE OF REMOVAL– 1**
**Cause No.:**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

specifically the 4th Amendment to the U.S. Constitution brought pursuant to 42 U.S.C. § 1983. To the extent plaintiffs' Complaint alleges civil rights claims arising under the Constitution and laws of the United States, this Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331. This Court has supplemental jurisdiction over any claims or causes of action asserted or intended in the First Amended Complaint under the laws of the State of Washington pursuant to 28 U.S. C. § 1367, which may be removed and determined by this Court pursuant to 28 U.S.C. § 1441(c).

Plaintiffs' Summons and First Amended Complaint were filed in Pierce County Superior Court on August 31, 2022. Defendants were served with the First Amended Complaint on August 31, 2022. Copies of all pleadings are listed in and attached to the Declaration of John E. Justice, which will be filed with this Notice of Removal.

**B.      INTRADISTRICT ASSIGNMENT**

This matter is removed from Pierce County Superior Court. The defendants are situated in Pierce County, Washington and the claim arose there. It is appropriate to assign this matter to the Tacoma Division of the Western District of Washington pursuant to LCR 3(e)(1).

Dated this 1st day of September, 2022.

        LAW, LYMAN, DANIEL, KAMERRER
        & BOGDANOVICH, P.S.

        */s/ John E. Justice*

        John E. Justice, WSBA No. 23042
        Attorney for Defendants
        P.O. Box 11880, Olympia, WA 98508
        Phone: (360) 754-3480 Fax: 360-754-3480
        Email: jjustice@lldkb.com

**NOTICE OF REMOVAL– 2**
**Cause No.:**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this date, I caused to be electronically filed the foregoing document, and served a copy of this filing to the following party via e-mail:

**Plaintiffs' Attorneys:**

John Connelly, Jr.
Meaghan Driscoll
Samuel Daheim
CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403

DATED this 1st day of September, 2022, at Tumwater, WA.

*/s/ Tam Truong*

Tam Truong, Legal Assistant

**NOTICE OF REMOVAL– 3**
**Cause No.:**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511