HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWN MARIE KORTER, as an individual, and as Personal Representative for the ESTATE OF SAID JOQUIN; and DEATURA EVERLYN-JEAN JOQUIN;<br><br>Plaintiffs,<br>     v.<br><br>CITY OF LAKEWOOD, a political subdivision of the State of Washington, and d/b/a Lakewood Police Department, MICHAEL WILEY, an individual; and MICHAEL ZARO, an individual,<br>       Defendants. | No.  3:22-cv-05647<br><br><br>**JOINT STATUS REPORT** |

Counsel for Plaintiffs Dawn Marie Korter, the Estate of Said Joquin, and Deatuura Everly-Jean Joquin and Defendants City of Lakewood, Michael Wiley, and Michael Zaro, conferred on November 8, 2022, and hereby submit this Joint Status Report for the Court's review.  The following answers are in response to the issues listed in the Court's September 2, 2022 Order (Dkt. No. 5.).

  1.  **Statement of Nature and Complexity of the Case:** Plaintiffs, the Estate of Said Joquin, and his surviving family, bring various claims against the City of Lakewood and individual officers of the Lakewood Police Department, Michael Wiley and Michael Zaro for his wrongful death and violations and deprivations of his civil rights which occurred on or

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

about May 1, 2020 when he was shot and killed by Defendant Michael Wiley at close range. The shooting occurred during a routine traffic stop. Plaintiffs allege that the shooting was unreasonable and amounted to excessive force under the circumstances and that the Lakewood Police Department has a well-established pattern and practice of deprivation of citizens' civil rights in like manner and means. Plaintiffs allege Defendant was on notice of the need to train Wiley based on a prior incident, and Federal Court wrongful death trial finding and verdict, in which an unarmed black man was shot and killed, and the City did nothing to further train or change his policing behaviors. Plaintiffs allege that Defendant Wiley was an overly aggressive officer, mishandled the traffic stop, escalated the encounter, and then unnecessarily shot, and killed, Said Joquin, a young black man. The defendants deny the above allegations, deny liability in this case and dispute the nature and extent of Plaintiff's damages.

2. The parties do not currently anticipate any additional parties will be joined.

3. The parties do not consent to a magistrate judge.

4. The parties do not believe any unusual discovery plan is necessary.

   A. **Initial Disclosures**: November 25, 2022

      1. **Expert Disclosures** will occur on or before **July 11th, 2023**, or ninety (90) days before the date for trial, whichever is later.

      2. **Rebuttal Disclosures** will occur on or before **September 5th, 2023**, or no later thirty (30) days before the date for trial, whichever is later.

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

B. **Subjects, timing, and potential phasing of discovery** - Discovery will be conducted regarding the facts alleged in the Complaint, plaintiffs' alleged damages, as well as the Answer and affirmative defenses.

C. **Electronically Stored Information**: All electronically stored information will be treated like any other document in possession of the parties.

D. **Privilege Issues**: The Parties anticipate that the attorney-client privilege, work-product privilege, and anticipation of litigation privilege may be asserted in this case. Confidential or proprietary information may also be requested, and in the event that this privilege(s) is claimed, the Parties agree to attempt to agree to a proposed protective order to facilitate the exchange of this information. The Parties further assert that this disclosure and agreement does not affirmatively preclude utilization of privileges not specifically identified herein.

E. **Limitations on Discovery**: The Parties do not anticipate that this case will require any changes to the limitations on discovery imposed under the Federal and Local Civil Rules. If, in the future, any changes are necessary, the Parties will work in good faith to reach agreement. If the parties cannot agree, the parties will present a motion to the Court.

F. **Discovery Related Orders**: At this time the Parties have no suggestions for any other orders that should be entered by the Court.

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

5. Agreement re Local Civil Rule 26(f)(1) - The parties plan to mediate.

    A. **Prompt Case Resolution**: In an effort to achieve prompt case resolution, the Parties will endeavor to schedule mediation.

    B. **ADR**: The Parties agree to participate in mediation as the chosen form of ADR pursuant to Fed.R.Civ.P. 39.1.

    C. **Related Cases**: There are no related cases currently pending. This action was removed by Defendant from the Pierce County Superior Court to the Tacoma Division of the Western District of US District Court on September 1, 2022 [ECF #1].

    D. **Discovery Management**: The Parties will act cooperatively and in good faith to manage discovery to minimize expense to the litigants.

    E. **Anticipated Discovery Sought**: The Parties anticipate that discovery will include, but is not limited to: written discovery to the parties (i.e., interrogatories, requests for production, requests for admission, etc.); documents and other discovery regarding alleged policy violations, damages and defenses; deposition testimony from the parties to the lawsuit; and deposition testimony from witnesses regarding the various claims and defenses asserted in this action. Michael Wiley and Plaintiffs were deposed prior to removal.

    F. **Phasing Motions**: The Parties do not believe that phased discovery is necessary at this time, but they reserve the right to request phased discovery in the future if necessary.

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

   G. **Preservation of Discoverable Information**:  The Parties agree to preserve all discovery evidence.

   H. **Privilege Issues:**  Please see 4-D above.

   I. **Model Protocol**:  The parties agree to follow the Model Protocol for Discovery of ESI.

   J. **Alternatives to Modern Protocol**:  The Parties do not suggest any alternatives to the Model Protocol.

6. The discovery deadline should be approximately 120 days prior to the trial date,

7. The parties do not anticipate bifurcation at this time.

8. The parties do not believe pretrial statements and the pretrial order should be dispensed with.

9. The parties have no other suggestions for handling this case.

10. Plaintiffs are available for an propose a trial date of October 9, 2023.

  Defendant is available for and proposes a trial date of February, 2024.

11. The Parties request a Jury trial.

12. The Parties believe the trial will last approximately three weeks.

13. For Plaintiff:

  John R. Connelly
  Meaghan Driscoll
  Samuel Daheim
  Connelly Law Offices
  2301 North 30th Street
  Tacoma, WA  98403

T: 206-816-3002

For Defendant:

John Justice
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
P.O. Box 11880
Olympia, WA 98508
T: 360-764-7727

14. Plaintiffs' conflicts are August 11 to 30, 2023; September 1 to 15, 2023; and November 20, 2023 through December 26, 2023, inclusive. Plaintiffs have no trial conflicts for 2024.

Defendants conflicts are as follows:

| Dates Unavailable | Reasons Unavailable | Conflict Trial: Court Name & Cause Number |
|---|---|---|
| 4/17/23 – 4/28/23 | Trial | Estate of Flynn v. Spokane County, Spokane County Superior Court Cause No. 21-2-01402-32 |
| 6/5/23 – 6/23/23 | Trial | D.C., et al., v. Lewis County, Thurston County Superior Court Cause No. 20-2-02380-34 |
| 6/12/23 – 6/16/23 | Trial | Perillo v. Island County, Snohomish County Superior Court, Cause No. 18-2-06549-31 |
| 7/3/23 – 7/7/23 | Trial | McNeil v. Spokane County, Spokane County Superior Court No. 22-2-00926-32 |
| 7/17/23-7/28/23 | Trial | Picciano v. Clark County, USDC 20-cv-06106-DGE |
| 7/17/23 - 7/28/23 | Trial | Bang v. State, King County Superior Court Cause No. 21-2-15916 KNT |
| 9/11/23 – 9/29/23 | Trial | Frederickson v. Bellevue, et al., USDC 21-cv- |

| | | 01517-JCC |
|---|---|---|
| 11/6/23 – 11/17/23 | Trial | Alcantar v. Centralia, et al., USCD 21-cv-05458-DGE |
| 11/27/23 – 12/8/23 | Trial | McPeak v. Butcher, et al., USDC 21-cv-05821-TL |
| 12/4/23 – 12/16/23 | Trial | Shriver v. Olympia, et al., USDC 22-cv-05138-MJP |
| 1/2/24 – 1/19/24 | Trial | Harris v. Centralia, et al., USDC 22-cv-05129-JHC |
| 1/8/24 – 1/26/24 | Trial | Rolinski v. Thurston County, Thurston County Superior Court No. 22-2-00310-34 |
| 2/5/24 – 2/10/24 | Trial | Faith Center Fellowship v. Kelso, Cowlitz County Superior Court Cause No. 20-2-00295-08 |
| 2/20/24 – 3/3/24 | Trial | Watkins v. Olympia, et al., USDC 22-cv-05554-DGE |
| 3/4/24 – 3/22/24 | Trial | Morgan v. State, et al., Thurston County Superior Court No. 21-2-01304-34 |
| 5/7/24 – 5/20/24 | Trial | Parker v. Olympia, et al., USDC 21-cv-05247-BHS |
| 6/17/24 – 6/28/24 | Trial | Orozco v. Yakima County, 22-cv-03058-SAB |
| 7/8/24 – 7/19/24 | Trial | Manning v. Thurston County, Thurston County Superior Court No. 22-2-00876-34 |

15. The Defendants have been served with the Summons and Complaint in this matter.

16. A status conference is currently being rescheduled according to the Court's and parties' availability.

DATED this 23rd day of November, 2022.

Connelly Law Offices, PLLC

2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

PRESENTED BY:

CONNELLY LAW OFFICES, PLLC


By /s/ *Samuel J. Daheim*
   John R. Connelly, Jr., WSBA No. 12183
   Meaghan M. Driscoll, WSBA No. 49863
   Samuel J. Daheim, WSBA No. 52746
   Attorneys for Plaintiffs


 LAW, LYMAN, DANIEL, KAMERRER &
BOGDANOVICH, P.S.


By /s/ *John E. Justice*
   John E. Justice, WSBA 23042
   *Attorney for Defendants*