UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWN MARIE KORTER et al, <br><br> Plaintiff, <br> v. <br><br> CITY OF LAKEWOOD et al., <br><br> Defendant. | CASE NO. 3:22-cv-05647-DGE <br><br> ORDER AFTER DISCOVERY DISPUTE (DKT. NO. 15) HEARING |

The following is a summary of the Court's rulings on the parties' discovery disputes outlined in the January 25, 2024 Joint Status Report. (Dkt. No. 15.) For the reasons stated during the January 31, 2024 hearing, the Court ORDERS as follows:

1. Defendant City of Lakewood shall confirm it has produced all Mr. Wiley's mental health records in its possession. Upon confirmation, it shall send Plaintiffs any remaining records, if any, and certify it has completed a thorough search and provided all relevant records.

ORDER AFTER DISCOVERY DISPUTE (DKT. NO. 15) HEARING - 1

2. Plaintiffs may question non-peer counselor witnesses about Mr. Wiley's mental health, subject to a protection order. This does not include conversations Mr. Wiley and Sgt. Mark Eakes had in Mr. Eakes' capacity as a peer counselor. If the parties believe the current Protective Order (Dkt. No. 14) requires modification, the parties shall file a proposed protective order, with a red-lined copy of any changes from the Court's model protective order, by February 12, 2024.

3. Should Plaintiffs find it necessary, the Court authorizes them to file their motion to compel no later than February 12, 2024[1]:

Dated this 1st day of February 2024.

David G. Estudillo
United States District Judge

---

[1] The Court notes it indicated in the hearing that Plaintiff's motion, if any, is due ten days from the discovery dispute hearing. Given that date falls on a Saturday, the Court extends the deadline to file until the following business day.

ORDER AFTER DISCOVERY DISPUTE (DKT. NO. 15) HEARING - 2