HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWN MARIE KORTER, as an individual and as Personal Representative for the ESTATE OF SAID JOQUIN; and DEATURA EVERLYN-JEAN JOQUIN;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAKEWOOD, a political subdivision of the State of Washington d/b/a Lakewood Police Department, MICHAEL WILEY, an individual; and MICHAEL ZARO, an individual,<br><br>Defendants. | NO.  3:22-cv-05647-DGE<br><br>NOTICE OF APPEAL |

Notice is hereby given that MICHAEL WILEY and MICHAEL ZARO, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit the Court's Order on Motions for Summary Judgment (Dkt. 69), entered in this action on August 6, 2024, to the extent it turns on issues of law tied to the qualified immunity defense asserted in these Defendants' summary judgment motion. Consequently, these Defendants/Appellants may seek interlocutory review as a matter of right under the collateral order doctrine. *Plumhoff v. Rickard*, 134 S. Ct. 2012, 2018-20 (2014).

**NOTICE OF APPEAL - 1**

**Cause No.:  3:22-cv-05647-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  Dated this 6th day of August, 2024.

2                                    LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

*/s/ John E. Justice*

John E. Justice, WSBA No. 23042
Attorney for Defendants
P.O. Box 11880, Olympia, WA 98508
Phone: (360) 754-3480 Fax: 360-754-3480
Email: jjustice@lldkb.com

**NOTICE OF APPEAL - 2**

**Cause No.: 3:22-cv-05647-DGE**

# CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**Plaintiffs' Attorneys:**

John Connelly, Jr.
Meaghan Driscoll
Samuel Daheim
CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
jconnelly@connelly-law.com
mdriscoll@connelly-law.com
SDaheim@connelly-law.com

DATED this 6th day of August, 2024 at Tumwater, WA.

/s/ John E. Justice
_____
John E. Justice, Attorney for Defendants

NOTICE OF APPEAL - 3

Cause No.: 3:22-cv-05647-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*